No. 520. DRUMMOND *v.* UNITED STATES. November 13, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Mr. Roy St. Lewis* for petitioner. *Solicitor General Fahy, Assistant Attorney General Littell,* and *Mr. Norman MacDonald* for the United States.